**JOSEPH DAVIES RICE v. MELVA S. RICE**

34 So. (2nd) 309  
October 28, 1947

June Term, 1947  
Division A

*Zach H. Douglas,* for appellant.  
*Scruggs & Carmichael,* for appellee.

PER CURIAM:

The record and the briefs in this cause have been examined and the judgment appealed from is affirmed on authority of

Dorman v. Friendly, 146 Fla. 732, 1 So. (2nd) 734; Seeley v. Seeley, 209 U. S. 544, 52 L. ed. 919, and Brandon v. Brandon, 154 Ga. 661, 115 S. E. 115.

Affirmed.

Thomas, C. J., TERRELL, CHAPMAN, and SEBRING,. JJ., concur.